

**ATTACHMENT A**
**Statement of Facts**

The United States and the Defendant, **DAVID CARL TRANBERG**, stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.

At all times relevant to this case, the Defendant, **DAVID CARL TRANBERG** ("**TRANBERG**"), was a resident of Bowie, Maryland.

In July 2015, the Maryland State Police ("MSP") received 24 cybertips from the National Center for Missing and Exploited Children ("NCMEC") relating to the distribution of child pornography. Company A reported 24 separate uploads of suspected child pornography to a particular "wall" or virtual bulletin board between July 1, 2015 and July 5, 2015 from an IP address associated with **TRANBERG**'s residence in Bowie, Maryland. By uploading images on a Company A wall, the images were made available to everyone else on the same wall and therefore distributed to others. The following are five examples of images uploaded by **TRANBERG** on July 1, 2015 and July 5, 2015:

- **Cybertip Number 5518988**, uploaded July 1, 2015 at 22:39:12 UTC – an image of a prepubescent Caucasian female child who appears to be below the age of five years old. The girl is entirely nude with her legs above her head exposing her vagina. An unknown individual is inserting an index finger into the girl's anus.

- **Cybertip Number 5519039**, uploaded July 1, 2015 at 22:30:35 UTC – an image of two Caucasian prepubescent males who both appear to be under the age of ten years old. The male children are both nude and one of the children is performing oral sex on the other child.

- **Cybertip Number 5519082**, uploaded July 1, 2015 at 22:26:01 UTC – an image of a Caucasian prepubescent female child who appears to be under the age of seven years old lying nude on a bed with a mature male's erect penis inserted in the child's vagina. The child has her hands covering her eyes.

- **Cybertip Number 5519097**, uploaded July 1, 2015 at 22:25:47 UTC – an image of two prepubescent nude Caucasian female children who appear to be under the age of ten years old lying nude on a bed. One child is performing oral sex on the other child.

- **Cybertip Number 5665542**, uploaded July 5, 2015 at 01:01:16 UTC – an image that depicts a prepubescent Caucasian female child who appears to be under the age of six years old, nude with her breasts exposed and holding a male's erect penis that appears to be covered in semen.

On August 25, 2015, law enforcement executed a search warrant at **TRANBERG's** residence in Bowie, Maryland. During the execution of the warrant, **TRANBERG** waived his *Miranda* rights verbally and in writing, and agreed to speak with law enforcement. During his interview, **TRANBERG** admitted to viewing child pornography on the Internet. He indicated that law enforcement would find child pornography in a subfolder labeled "yum" on a password protected laptop located in his spare bedroom. (Law enforcement seized a Toshiba laptop from the spare bedroom referenced by **TRANBERG**.) **TRANBERG** also admitted to using a free online group-chat program that allows the creation of public and private group chatrooms to view and share images and videos of child pornography. **TRANBERG** stated that he went to various chatrooms on the Internet that were constantly changing names where he both viewed child pornography uploaded by others and uploaded images and videos of child pornography to share with others. **TRANBERG** acknowledged that he knew he was distributing child pornography by posting images of that child pornography to a public chatroom websites. **TRANBERG** also stated that child pornography was a fetish of his and that he prefers females between the ages of six and ten years old. **TRANBERG** also acknowledged that he had thoughts about touching children and had chatted in chatrooms about how he had molested children, but he claimed that he never actually touched a child.

During the execution of the search warrant, law enforcement seized a Toshiba Satellite laptop computer, black in color, S/N YB044394K with a power cord (S/N 090347-11) containing a Toshiba 640GB hard drive; an HP Laptop computer, red in color, S/N 5CD5116WV7, Model No. RTL8723BE with a battery containing an HGST 1TB hard drive; a Verizon Ellipsis 7 Tablet 4G, Model No. QMV78, FCC ID: HFS-QMV7B with a USB cord and a Verizon Micro SIM card; cellular phones; and other electronic media.

The forensic analysis of **TRANBERG's** Toshiba laptop seized from his residence on August 25, 2015 revealed 20,149 images and videos of suspected child pornography and/or child erotica. Of these files, approximately 1,704 images and 52 videos depict children previously identified as victims of child pornography by NCMEC. The images recovered included the images that were identified in the cybertips in July 2015.

The following three images were among the images that were recovered from **TRANBERG's** Toshiba laptop that was seized on August 25, 2015:

- **142680056898.jpg** – an image found on the Toshiba laptop under user DAVID in subfolders Downloads\PICS that depicts a prepubescent female with her vagina exposed performing oral sex on an adult male.

- **191.jpg** – an image found on the Toshiba laptop under user DAVID in a subfolder for a chat program contained within the subfolders ZZZ\XYZ\FOR MOI ONLY\YUM that depicts a prepubescent female with her legs spread and an adult male's penis pressing against her vagina.

- **udftsud.jpg** –an image found on the Toshiba laptop under user DAVID in subfolders called JOB SEARCH\COVER LETTER\2013\2014 that depicts a close up view of a prepubescent female's vagina and anus. The child's legs are up over her head and her arms are pinned beneath her.

Forensic analysis of the Toshiba laptop further revealed that many of the images and videos were downloaded while on group-chat websites. The forensic examination also revealed chats on Tox, Skype and other chat programs in which **TRANBERG** engaged in discussions about the molestation of children. An example of a chat message between **TRANBERG** (using username "YOUNG PURSUIT") and another Tox chat program user is below:

AC5F339D42D55A9120A4D18F24CDEC6C08AF55450CE7D04E9EDC2BBD2BB0A679.csv

| Timestamp | User Name | Status | Message |
|---|---|---|---|
| Fri Jul 17 01:41:05 2015 | YOUNG PURSUIT | Sent | i ws chatting with a mom and her daughter |
| Fri Jul 17 01:41:11 2015 | YOUNG PURSUIT | Sent | i jerked off on cam for them |
| Fri Jul 17 01:41:16 2015 | Tox User | Received | nice |
| Fri Jul 17 01:41:23 2015 | Tox User | Received | love to have seen that |
| Fri Jul 17 01:41:38 2015 | Tox User | Received | why does mine take longer |
| Fri Jul 17 01:41:47 2015 | YOUNG PURSUIT | Sent | dont know |
| Fri Jul 17 01:41:53 2015 | YOUNG PURSUIT | Sent | but you have some dam good shit |
| Fri Jul 17 01:41:58 2015 | Tox User | Received | lol |
| Fri Jul 17 01:42:03 2015 | Tox User | Received | thanks |
| Fri Jul 17 01:42:14 2015 | Tox User | Received | love the full penatration |
| Fri Jul 17 01:42:18 2015 | YOUNG PURSUIT | Sent | yeah i like cybering with lil ones |
| Fri Jul 17 01:42:36 2015 | Tox User | Received | i wish i had more chances to |
| Fri Jul 17 01:42:50 2015 | YOUNG PURSUIT | Sent | im careful |
| Fri Jul 17 01:42:55 2015 | Tox User | Received | that was like the only second time i did |
| Fri Jul 17 01:43:00 2015 | YOUNG PURSUIT | Sent | i want to fuck one |
| Fri Jul 17 01:43:11 2015 | Tox User | Received | me too |

An example of a chat message between **TRANBERG** and another Verizon Messenger user is below (**TRANBERG**'s statements are the "sent" messages):

| address | date_parsed | type_parsed | body |
|---|---|---|---|
| 7033436254 | 8/1/15 12:39 | Received | House to urself? |
| 7033436254 | 8/1/15 12:39 | Sent | Yes |
| 7033436254 | 8/1/15 12:40 | Received | What you wearing |
| 7033436254 | 8/1/15 12:40 | Sent | Nada |
| 7033436254 | 8/1/15 12:40 | Sent | You? |
| 7033436254 | 8/1/15 12:41 | Received | Babysitting |
| 7033436254 | 8/1/15 12:41 | Sent | Cool |
| 7033436254 | 8/1/15 12:41 | Received | I should show her u but that be wrong. I do have more pivs |
| 7033436254 | 8/1/15 12:41 | Received | Im free after 12 |
| 7033436254 | 8/1/15 12:42 | Sent | Send me of you and her now |
| 7033436254 | 8/1/15 12:42 | Sent | Pic |
| 7033436254 | 8/1/15 12:42 | Received | What do i get |
| 7033436254 | 8/1/15 12:43 | Sent | Me on cam stroking |
| 7033436254 | 8/1/15 12:43 | Received | Or I can bring her over and me and u have fun |
| 7033436254 | 8/1/15 12:45 | Sent | How old and who is she? |
| 7033436254 | 8/1/15 12:45 | Received | Get on skype |
| 7033436254 | 8/1/15 12:46 | Sent | And I get? |
| 7033436254 | 8/1/15 12:46 | Received | We will come over |
| 7033436254 | 8/1/15 12:46 | Received | U can host? Live alone? Location? |
| | | | Yes |
| | | | No |
| 7033436254 | 8/1/15 12:47 | Sent | MD |
| 7033436254 | 8/1/15 12:47 | Received | Where in md |
| 7033436254 | 8/1/15 12:48 | Sent | Bowie |
| 7033436254 | 8/1/15 12:50 | Received | Im on |

Images and videos distributed by **TRANBERG** depict real children engaged in sexually explicit conduct. **TRANBERG** downloaded and distributed images and videos of child pornography using the Internet, and therefore such images and videos traveled in interstate and foreign commerce.

\* \* \*

13

I have read this Statement of Facts, and have carefully reviewed it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it. I acknowledge that it is true and correct.

6/24/16
Date

David Carl Tranberg

I am David Carl Tranberg's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

6/24/16
Date

Lisa Lunt, Esq.